United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 25, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-50066
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

                v.

JUAN GARCIA

                    Defendant - Appellant

---------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
---------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[1]

     IT IS ORDERED that appellee's unopposed motion to vacate the
sentence is GRANTED.


     IT IS FURTHER ORDERED that appellee's unopposed motion to
remand the case to the United States District Court for the
Western District of Texas, El Paso Division for resentencing is
GRANTED.


     IT IS FURTHER ORDERED that appellee's unopposed motion in

_____

[1] Pursuant to 5ᵗʰ Cir. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5ᵗʰ Cir. R.
47.5.4.

the alternative to extend time to file appellee's brief until 14 days from the Court's denial of appellee's motion to vacate and remand is DENIED AS MOOT.